IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BILL LIETZKE
_____    *
Plaintiff                                    **WDQ 07 CV 0872**

           vs.                                *    Civil Action No. _____

CITY OF MONTGOMERY, ET AL,
BOBBY BRIGHT, ART BAYLOR    *    2:07-CV-324-WHA
_____
Defendant

\*\*\*\*\*\*

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed "*in forma pauperis*" (without prepayment of costs). In support of this motion, plaintiff attaches an affidavit.

_____
Signature

BILL LIETZKE
_____
Name (Print or Type)

547 SOUTH PERRY STREET, APT. 10
_____
Address

MONTGOMERY, ALABAMA 36104
_____
City/State/Zip

1 (334) 834-8602
_____
Phone No.                                Fax No.

U.S. District Court (3/29/2005) -
Motion for Leave to Proceed "In Forma Pauperis"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BILL LIETZKE

Plaintiff                                                    *

             vs.                                             *   Civil Action No. _____

CITY OF MONTGOMERY, ET AL,
BOBBY BRIGHT, ART BAYLOR                                     *

Defendant

\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, _____ BILL LIETZKE _____, declare that I am the plaintiff in the above-entitled case. I understand that the filing fee for most civil suits is $250.00. In support of my motion to proceed without being required to prepay the filing fee and other costs, I state that: (1) because of my poverty I am unable to pay such fee and costs, or give security therefor; and (2) I believe I am entitled to relief in this proceeding. The nature of my complaint is briefly stated as follows (employment discrimination, Social Security, civil rights, or other):   In this civil rights case, the Defendants conducted acts of RECORD NUMBER unlawful searches and seizures in which the Defendants knew were excessive

In further support of this motion, I answer the following questions:

1. Are you presently employed?
   ☐ Yes   ☒ No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. List both gross and net (take-home) pay.

Employer: _____    Monthly Gross:  $_____
          _____    Monthly Net:    $_____

U.S. District Court (3/29/2005) -
Motion for Leave to Proceed "In Forma Pauperis"

   b. If the answer is "no," state the date of last employment, the name and address of your employer, and the amount of salary or wages per month you received.

Date: _____MAY, 1984_____

Employer: _____THE LERNER SHOPS_____    Monthly Gross: $__2.99__

_____    Monthly Net: $_____

2. Have you received within the past 12 months any income from: (1) settlements, judgments, or monetary awards following compensation, or disability payments; (2) Social Security, public assistance, workers' compensation, or disability payments; (3) a business, profession or other form of self-employment; (4) rent payments, interest, or dividends; (5) retirement, annuity, pension or insurance payments; (6) gifts or inheritances; or (7) any other sources?

☒ Yes  ☐ No

Received:       Source:

$__648.00__      __SUPPLEMENTAL SECURITY INCOME, SOCIAL SECURITY__

$_____      _____

$_____      _____

$_____      _____

Do you expect this income to continue: ☒ Yes  ☐ No

3. Do you have any cash on hand, or money in savings or checking accounts? ☒ Yes  ☐ No

If yes, state total amount: $__10.00__

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

If yes, give value and description:

Value:       Description:

$_____      _____

$_____      _____

$_____      _____

$_____      _____

5. List creditors, including banks, mortgage companies, charge accounts, etc.:

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

6. List any major monthly expenditures not included in your answer to No. 5, such as food, insurance, utilities, rent, child support, alimony, etc.:

| Description: | Monthly Payment: |
|---|---|
| RENT PAYMENTS | $ 260.00 |
| FOOD | $ 100.00 |
| UTILITIES | $ 67.00 |
| TELEPHONE | $ 30.00 |

7. Marital Status: ☒ Single  ☐ Married  ☐ Widowed  ☐ Separate/Divorced

List Persons you actually support and your relationship to them:

| Name: | Relationship: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

8. If married, is your spouse employed? ☐ Yes  ☐ No

   If yes, how much does your spouse earn per month: Gross: $_____ Net: $_____

9. If you are a minor under age 18, what is your parents' or guardian's approximate monthly income?
   Gross: $_____ Net: $_____

I understand the Court will not consider my Motion unless all the questions are answered.

I declare under penalty of perjury that the information above is true and correct.

29TH DAY OF MARCH, 2007                    [signature]
Date                                         Signature

U.S. District Court (3/29/2005) -
Motion for Leave to Proceed "In Forma Pauperis"        3