UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk              April 13, 2007              Reply to Northern Division Address

United States District Court for the Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101
Att: Debra Yates

       Re:    Bill Lietzke vs. Bobby Bright etal
               Civil Action No.: WDQ 07-872

Dear Clerk:

[ X ] On 4/13/07, an Order was filed transferring the above-captioned case to your Court. A login and password has been e-mailed for retrieval of documents.

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

     Thank you for your cooperation and courtesy in this matter.

                                           Sincerely,

                                           Felicia C. Cannon, Clerk

                          By:    S. Franke

                                           Deputy Clerk

Enclosure

Received by:
Date: _____
New Case No _____              Letter Transferring Case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov