IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BILL LIETZKE,
    Plaintiff

        \*

2:07-CV-324-WHA

        \*

v.                                CIVIL ACTION NO. WDQ-07-872

        \*

BOBBY BRIGHT, et al.,
    Defendants                    \*

\*\*\*\*\*\*\*

### ORDER

In accordance with the foregoing Memorandum, IT IS this 13th day of April, 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk include a copy of this Order and the accompanying Memorandum with the case file and forthwith TRANSFER the same, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Middle District of Alabama, P.O. Box 711, Montgomery, Alabama 36101, for all further proceedings as may be deemed appropriate by that Court; and

2. That the Clerk of the Court MAIL a copy of this Order, together with the foregoing Memorandum, to Plaintiff.

                                                  /s/
                                    William D. Quarles, Jr.
                                    United States District Judge