IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILL LIETZKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv324-WHA |
| | ) |
| BOBBY BRIGHT, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is hereby referred to Magistrate Judge Wallace Capel for action or recommendation on all pretrial matters.

DONE this 16th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE