---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bobby Bright
   103 North Perry Street
   Montgomery, Alabama 36104

   07cv324 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Frank Poole_    ☑ Agent  ☐ Addressee

B. Received by (Printed Name): FRANK POOLE
C. Date of Delivery: 4-18-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 4362

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Montgomery
   103 North Perry Street
   Montgomery, Alabama 36104

   07cv324 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Frank Poole_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): FRANK POOLE
C. Date of Delivery: 4-18-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 4386

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540