IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILL LIETZKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv324-WHA |
| ) | |
| BOBBY BRIGHT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Plaintiff has filed with the court three documents which are nothing more than vulgar expressions, irrelevant to the issues in this case. It is hereby

ORDERED that the clerk is DIRECTED to return the three documents to the Plaintiff without filing them, and to refuse to accept for filing any further such documents.

It is further ORDERED that the Plaintiff shall not attempt to file with this court any further documents containing vulgar language unnecessary to the issues in a case. Violation of this order could result in the Plaintiff being found guilty of contempt of court.

DONE this 21st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE